**Dismissed and Memorandum Opinion filed February 11, 2014.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-13-00534-CV

---

### JASON FRANCIS, Appellant

### V.

### MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BANK OF AMERICA, N.A. AND WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE HOLDERS OF MORGAN STANLEY ABS CAPITAL I, INC., TRUST 2005-WMC, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-WMC6, Appellees

---

**On Appeal from the 334th District Court
Harris County, Texas
Trial Court Cause No. 2012-71266**

---

## M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed May 17, 2013. On January 16, 2014, appellant was ordered to pay or make arrangements to pay for the clerk's record in this appeal on or before January 31, 2014, or the appeal would be dismissed for want of prosecution. *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices McCally, Busby, and Donovan.